GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:  (415) 979-0400
Facsimile:  (415) 979-2099

Attorneys for Defendants
CITY OF BURLINGAME; BURLINGAME
POLICE CHIEF JACK L. VAN ETTEN;
BURLINGAME POLICE OFFICER JAREL
PETERS; BURLINGAME POLICE
SERGEANT DOWNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA OSTINI and DENNIS OSTINI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGAME, a municipal corporation; BURLINGAME POLICE CHIEF JACK L. VAN ETTEN, in his official capacity; BURLINGAME POLICE OFFICER JAREL PETERS; BURLINGAME POLICE SERGEANT DOWNS; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.  C 07 1011 WHA<br><br>**STIPULATION AND ORDER DISMISSING ALL CAUSES OF ACTION BROUGHT BY DENNIS OSTINI FROM PLAINTIFFS' FIRST AMENDED COMPLAINT, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action, through the plaintiffs' attorneys of record and through the defendants' attorneys of record, that all causes of action brought by Dennis Ostini contained in plaintiffs' First Amended Complaint on file herein, are hereby voluntarily dismissed with prejudice, and each party will bear their own attorneys' fees and costs in connection therewith.

/ / /

1

STIPULATION & ORDER FOR VOLUNTARY DISMISSAL OF DENNIS OSTINI'S CLAIMS
C 07 1011 WHA

1  This stipulation is entered into, and submitted to the
2  Court, pursuant to Federal Rule of Civil Procedure 41(a)(1).
3
4
5  Dated: August 22, 2007
6
7                                    By: _____
8                                        ANANDA NORRIS
                                         Attorneys for Plaintiffs
9                                        ANGELA OSTINI and DENNIS OSTINI
10
11  DATED: August __, 2007              SELMAN BREITMAN LLP
12
13                                    By: _____
14                                        GREGG A. THORNTON
                                         DANIELLE K. LEWIS
15                                        Attorneys for Defendants
                                         CITY OF BURLINGAME; BURLINGAME
16                                        POLICE CHIEF JACK L. VAN ETTEN;
                                         BURLINGAME POLICE OFFICER JAREL
17                                        PETERS; BURLINGAME POLICE
                                         SERGEANT DOWNS
18
19
20                                    ORDER
21  **IT IS SO ORDERED.**
22
                                      IT IS SO ORDERED
                                      Judge William Alsup
23  Dated: August 27, 2007           By: _____
24                                        Hon. William Alsup
                                         United States District Judge
25                                        Northern District of California
26
27
28

This stipulation is entered into, and submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: August __, 2007

By: _____
ANANDA NORRIS
Attorneys for Plaintiffs
ANGELA OSTINI and DENNIS OSTINI

DATED: August 23, 2007    SELMAN BREITMAN LLP

By: _____
GREGG A. THORNTON
DANIELLE K. LEWIS
Attorneys for Defendants
CITY OF BURLINGAME; BURLINGAME POLICE CHIEF JACK L. VAN ETTEN; BURLINGAME POLICE OFFICER JAREL PETERS; BURLINGAME POLICE SERGEANT DOWNS

**ORDER**

**IT IS SO ORDERED.**

Dated: _____    By: _____
Hon. William H. Alsup
United States District Judge
Northern District of California