GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF BURLINGAME; BURLINGAME
POLICE CHIEF JACK L. VAN ETTEN;
BURLINGAME POLICE OFFICER JAREL
PETERS; BURLINGAME POLICE
SERGEANT DOWNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA OSTINI and DENNIS OSTINI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGAME, a municipal corporation; BURLINGAME POLICE CHIEF JACK L. VAN ETTEN, in his official capacity; BURLINGAME POLICE OFFICER JAREL PETERS; BURLINGAME POLICE SERGEANT DOWNS; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. C 07 1011 WHA<br><br>**STIPULATION REGARDING DEFENDANTS' MENTAL EXAMINATION OF PLAINTIFF ANGELA OSTINI; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff ANGELA OSTINI, and Defendants CITY OF BURLINGAME, a municipal corporation; BURLINGAME POLICE CHIEF JACK L. VAN ETTEN, in his official capacity; BURLINGAME POLICE OFFICER JAREL PETERS; BURLINGAME POLICE SERGEANT DOWNS, through their respective attorneys of record:

1. That plaintiff ANGELA OSTINI agrees to submit to a mental examination pursuant to Federal Rule of Civil Procedure 35

according to the terms set forth herein;

2. That plaintiff ANGELA OSTINI will submit to a mental examination on January 17, 2008 at 9:30 a.m. with Mark Kimmel, Ph.D.

3. That the terms of plaintiff ANGELA OSTINI's mental examination are as follows:

DATE: January 17, 2008

TIME: 9:30 a.m.

EXAMINER: Mark Kimmel, Ph.D.

PLACE: 5665 College Avenue, Suite 240B, Oakland, CA 94618; (510) 655-7997.

MANNER: The examination will include a clinical interview that is approximately three (3) hours in length. The examination will also include approximately four (4) hours of psychological testing. Therefore, the total examination time for the mental examination will be approximately seven (7) hours, exclusive of breaks.

CONDITIONS: Plaintiff ANGELA OSTINI will be permitted at least one five minute break per hour for the mental examination. Additional reasonable breaks will be permitted upon request. Plaintiff ANGELA OSTINI will also be permitted a one hour lunch break. Time used for breaks is not included in calculating the three hour time period for the clinical interview and the four hour time period for psychological testing.

SCOPE/NATURE: The clinical interview will include topics relating to the incident, psychological symptoms, assessment evaluation, background medical history, psychological history, educational history, substance abuse history, social and

relationship history, childhood history, prior history of psychological symptoms, personality, and current symptoms.

The psychological testing will include the following: Personality Inventory; MMPI-II; Beck Depression Inventory; Spielberger State-Trait Anxiety Inventory; Millon Clinical Multi-Axial Inventory 3; Shipley Institute of Living Scale; Wahler Physical Symptoms Inventory.

4. No third party(ies), including but not limited to the parties' attorneys of record, will be permitted to be present during any portion of the examination.

5. This stipulation will not be deemed to incorporate all of the provisions of Rule 35; specifically, it does not include the rules for exchange of medical or psychological reports and waiver of privilege.

Dated: December 19, 2007

By: _____
ANANDA NORRIS
Attorneys for Plaintiffs
ANGELA OSTINI and DENNIS OSTINI

DATED: December __, 2007    SELMAN BREITMAN LLP

By: _____

GREGG A. THORNTON
DANIELLE K. LEWIS
Attorneys for Defendants
CITY OF BURLINGAME; BURLINGAME POLICE CHIEF JACK L. VAN ETTEN; BURLINGAME POLICE OFFICER JAREL PETERS; BURLINGAME POLICE SERGEANT DOWNS

relationship history, childhood history, prior history of psychological symptoms, personality, and current symptoms.

The psychological testing will include the following: Personality Inventory; MMPI-II; Beck Depression Inventory; Spielberger State-Trait Anxiety Inventory; Millon Clinical Multi-Axial Inventory 3; Shipley Institute of Living Scale; Wahler Physical Symptoms Inventory.

4. No third party(ies), including but not limited to the parties' attorneys of record, will be permitted to be present during any portion of the examination.

5. This stipulation will not be deemed to incorporate all of the provisions of Rule 35; specifically, it does not include the rules for exchange of medical or psychological reports and waiver of privilege.

Dated: December __, 2007

By: _____
ANANDA NORRIS
Attorneys for Plaintiffs
ANGELA OSTINI and DENNIS OSTINI

DATED: December 19, 2007    SELMAN BREITMAN LLP

By: /s/ Danielle K. Lewis

GREGG A. THORNTON
DANIELLE K. LEWIS
Attorneys for Defendants
CITY OF BURLINGAME; BURLINGAME
POLICE CHIEF JACK L. VAN ETTEN;
BURLINGAME POLICE OFFICER JAREL
PETERS; BURLINGAME POLICE
SERGEANT DOWNS

143302.1 555.22983

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 21, 2007     By: _____
                                 Hon. William H. Alsup
                                 United States District Judge
                                 Northern District of California

*IT IS SO ORDERED*
*Judge William Alsup*