IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA OSTINI and DENNIS OSTINI,

    Plaintiffs,

v.

CITY OF BURLINGAME, a municipal corporation, BURLINGAME POLICE CHIEF JACK L. VAN ETTEN, in his official capacity, BURLINGAME POLICE OFFICER JAREL PETERS, BURLINGAME POLICE SERGEANT DOWNS, DOES 1–25, inclusive,

    Defendants.

No. C 07-01011 WHA

**ORDER REQUESTING RESPONSE FROM DEFENDANTS**

The Court has received plaintiffs' motion to modify the existing case management order. Defendants are ordered to respond by **FEBRUARY 5, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: January 31, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE