GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
CITY OF BURLINGAME; BURLINGAME
POLICE CHIEF JACK L. VAN ETTEN;
BURLINGAME POLICE OFFICER JAREL
PETERS; BURLINGAME POLICE
SERGEANT DOWNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA OSTINI and DENNIS OSTINI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BURLINGAME, a municipal corporation; BURLINGAME POLICE CHIEF JACK L. VAN ETTEN, in his official capacity; BURLINGAME POLICE OFFICER JAREL PETERS; BURLINGAME POLICE SERGEANT DOWNS; DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.  C 07 1011 WHA<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action, through the plaintiffs' attorneys of record and through the defendants' attorneys of record, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1),

/ / /

/ / /

/ / /

1

each side to bear its own fees and costs.

Dated: May 8, 2008

By: _____
AMANDA NORRIS
Attorneys for Plaintiffs
ANGELA OSTINI and DENNIS OSTINI

DATED: May 9, 2008          SELMAN BREITMAN LLP

By: _____
GREGG A. THORNTON
DANIELLE K. LEWIS
Attorneys for Defendants
CITY OF BURLINGAME; BURLINGAME
POLICE CHIEF JACK L. VAN ETTEN;
BURLINGAME POLICE OFFICER JAREL
PETERS; BURLINGAME POLICE
SERGEANT DOWNS

ORDER

**IT IS SO ORDERED.**

Dated: May 12, 2008

By: _____
Hon. William H. Alsup
United States District Judge
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*